## 18111.  HINESVILLE BANK *et al. v.* RIMES.

BROYLES, C. J.  1. The court did not err in overruling the general and special demurrers to the petition.

2. The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial show cause for a reversal of the judgment.  *Judgment affirmed.  Luke and Bloodworth, JJ., concur..*

DECIDED JULY 15, 1927.

Complaint; from Ware superior court—Judge Reed.  February 19, 1927.

*Travis & Travis, M. Price,* for plaintiffs in error.

*Oliver & Oliver, W. C. Hodges, John Z. Ryan,* contra.

Appeal and Error, 4 C. J. p. 905, n. 41; p. 1129, n. 58.